AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

George Trayner

**SUMMONS IN A CIVIL CASE**

03 12289 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

George Trayner
67 Spruce Street
Hyannis, MA 02601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 11/17/03

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____



**Barnstable County Sheriff's Office**

I hereby certify and return that on February 3, 2004, at 2:30 p.m., I served the within Summons, Complaint, Civil Cover Sheet, Category Sheet & Corporate Disclosure, to the within named defendant George Trayner, by delivering an attested copy hereof in hand at 67 Spruce Street, Hyannis, MA.

Fees: $ 46.40

Brad Parker, Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.