UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | CIVIL ACTION NO. 03-12289 RWZ |
| Plaintiff, | ) | |
| vs. | ) | **ASSENTED TO MOTION TO EXTEND** |
| **George Trayner,** | ) | **FOR RESPONSIVE PLEADING** |
| Defendant | ) | |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order granting a 60-day extension from the date of the courts order for the filing of responsive pleading. As grounds for this motion Plaintiff's Counsel states that he has been in negotiations with Attorney Todd Bennett of Wilmington, MA. It is possible that during the 60-day period the parties may resolve this matter and this extension would save the parties considerable attorney's fees.

As further grounds, please see the affidavit of Attorney John M. McLaughlin.

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he spoke to the Defendant's Attorney and the Defendant fully assents to this motion.

Wherefore, the Plaintiff moves this court for a 60-day extension to file a responsive pleading.

                                                            Respectfully submitted for the Plaintiff,
                                                            DIRECTV, Inc.
                                                            By Its Attorney,

| 10/12/04 | /s/ John M. McLaughlin |
|---|---|
| Date | John M. McLaughlin (BBO 556328) |
| | **Green, Miles, Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01060 |
| | (413) 586-0865 |

## CERTIFICATE OF SERVICE

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 12th day of October, 2004, a copy of the foregoing was sent via first class mail to:

George Trayner
67 Spruce Street
Hyannis, MA 02601

Attorney Todd Bennett
Corrigan Bennett & Belfort
404 Main Street
Wilmington, MA 01887

                                                  /s/ John M > McLaughlin

                                                  John M. McLaughlin, Esq.