**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Eastern Division)**

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | **CIVIL ACTION NO. 03-12289 RWZ** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF JOHN M.** |
| vs. | ) | **MCLAUGHLIN IN SUPPORT OF** |
| | ) | **ASSENTED TO MOTION TO EXTEND** |
| **George Trayner,** | ) | **FOR RESPONSIVE PLEADING** |
| | ) | |
| Defendant | | |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action;

2. I am a partner at the Law Firm of Green, Miles, Lipton & Fitz-Gibbon;

3. I am presently in negotiations with the Defendant's Counsel, Attorney Todd Bennett;

4. An additional 60 days may allow the parties to resolve this matter;

5. This extension would save the parties considerable attorneys fees;

6. I spoke to the Defendant's Attorney and the Defendant fully assents to this motion.

Subscribed and sworn to, under the pains and penalties of perjury, this 12th day of October 2004.

    __/s/ John M. McLaughlin_____
John M. McLaughlin (BBO No. 556328)
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01060
(413) 586-0865